# UNITED STATES DISTRICT COURT
## District of Kansas
(Kansas City Docket)

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

        v.                                         CASE NO. 23-20002-HLT-TJJ

**MELISSA J. ABBOTT,**

        **Defendant.**

# INDICTMENT

**THE GRAND JURY CHARGES**:

## COUNT 1

**DISTRIBUTION OF FENTANYL**
**[21 U.S.C. § 841(a)(1)]**

On or about April 24-25, 2019, in the District of Kansas and elsewhere, the defendant,

**MELISSA J. ABBOTT,**

knowingly and intentionally distributed a mixture and substance containing fentanyl, a controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C)

and Title 18, United States Code, Section 2.

# COUNT 2

### SALE OF COUNTERFEIT DRUGS
### WITH INTENT TO DEFRAUD OR MISLEAD
### [21 U.S.C. §§ 331(i)(3) and 333(b)(8)]

On or about April 24-25, 2019, in the District of Kansas and elsewhere, the defendant,

**MELISSA J. ABBOTT,**

knowingly and without authorization from Mallinckrodt Pharmaceuticals, sold and dispensed tablets embossed on one side of each tablet with the letter "M" within a box, and on the other side of each tablet, the number "30," said marks being the identifying marks of Mallinckrodt Pharmaceuticals, which drugs were not manufactured by or under the authorization of Mallinckrodt Pharmaceuticals, thereby causing the purported oxycodone tablets to be a counterfeit drug as defined at Title 21, United States Code, Section 321(g)(2).

In violation of Title 21, United States Code, Sections 331(i)(3) and 333(b)(8) and Title 18, United States Code, Section 2.

A TRUE BILL.

January 11, 2023        s/Foreperson
DATE                    FOREPERSON OF THE GRAND JURY

DUSTON J. SLINKARD
UNITED STATES ATTORNEY

By: /s/ D. Christopher Oakley
D. CHRISTOHER OAKLEY
Assistant United States Attorney
District of Kansas
500 State Avenue, Suite 360
Kansas City, Kansas  66101
Ph: (913) 551-6730
Fax: (913) 551-6541
Email: chris.oakley@usdoj.gov
Ks. S. Ct. No. 19248

IT IS REQUESTED THAT THE TRIAL BE HELD IN KANSAS CITY, KANSAS

## PENALTIES

### Count 1:  Distribution of a mixture and substance containing fentanyl

- Punishable by a term of imprisonment of not more than twenty (20) years.  21 U.S.C. § 841(a)(1)(C)

- A term of supervised release of at least three (3) years.  21 U.S.C. § 841(a)(1).

- A fine not to exceed $1 million.  21 U.S.C. § 841(b)(1)(B).

- A mandatory special assessment of $100.  18 U.S.C. § 3013(a)(2)(A)

If the defendant commits such a violation after a prior conviction for a felony drug offense has become final, the penalties are:

- A term of imprisonment of not more than thirty (30) years.  21 U.S.C. § 841(a)(1).

- A term of supervised release of at least eight (8) years.  21 U.S.C. § 841(a)(1).

- A fine not to exceed $8 million.  21 U.S.C. § 841(b)(1)(B).

- A mandatory special assessment of $100.  18 U.S.C. § 3013(a)(2)(A).


### Count 2:  Sale or Distribution of a Counterfeit Drug with intent to defraud or mislead

- Punishable by a term of imprisonment of not more than ten (10) years.  18 U.S.C. § 333.

- A term of supervised release of not more than three (3) years.  18 U.S.C. § 3583(b)(2).

- A fine not to exceed $250,000.  18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.  18 U.S.C. § 3013(a)(2)(A).